IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

OSTAP KAPELIOUJNYI,

        Plaintiff,

v.                                            CIV 09-0866-LH-GBW

L. VAUGHN, as Warden and in his
individual capacity, B. JUDD, as Assistant
Warden "Acting Chaplain" and in her
individual capacity, CORRECTIONS
CORPORATION OF AMERICA, CCA,

        Defendants.

ORDER DENYING MOTION FOR SANCTIONS

This matter is before the Court on Plaintiff's Motion for Sanctions and Defendants' Opposition thereto.  *Doc. 21, 23*.

Plaintiff requests sanctions pursuant to Rule 11(c) of the Federal Rules of Civil Procedure for alleged false statements made by Defendants in their affidavits and pleadings.  *Doc. 23* at 1.  Prior to filing such a motion, a party must first serve the motion under Rule 5, and then must wait to file it for at least 21 days after service.  FED. R. CIV. P. 11(c)(2).  This mandatory delay is designed to give the non-moving party an opportunity to withdraw or correct the offending pleading or claim.  FED. R. CIV. P. 11, Advisory Committee Notes.  In his Motion, Plaintiff did not certify that he complied with this requirement.  Defendants contend that he did not, and Plaintiff does not refute

Defendants contention in a reply as he did not file one.  Given that it is uncontested that Plaintiff failed to comply with the rule he seeks to invoke, his Motion for Sanctions must be denied.  *See Roth v. Green*, 466 F.3d 1179, 1191-92 (10th Cir. 2006).

Wherefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Sanctions is DENIED.

_____
UNITED STATES MAGISTRATE JUDGE